IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID O. STOTESBERY,

    Plaintiff,

    v.                                                   Case No. 25-CV-759-jdp

DOUSMAN TRANSPORT COMPANY, INC.,

    Defendant.

## NOTICE OF APPEARANCE

To the Honorable Court and All Parties of Record:

    PLEASE TAKE NOTICE that Lewis Law Office, LLC and Attorney Julie A. Lewis appear as counsel for the Defendant Dousman Transport Company, Inc. in the above-captioned matter.

    Please send all further notices and information in this matter to my attention at the address listed below.

    Dated at Madison, Wisconsin, this 22nd day of September, 2025.

                                                             LEWIS LAW OFFICE, LLC

                                                             s/ Julie A. Lewis
                                                             JULIE A. LEWIS
                                                             State Bar # 1048367
                                                             Attorney for the Defendant

345 W. Washington Ave.
Suite 201
Madison, Wisconsin 53703
t/ (608) 298-7324
e/ jlewis@jlewislawoffice.com