**LEWIS LAW OFFICE, LLC**
345 W. Washington Ave., Suite 201
Madison, WI 53703
(608) 298-7324/office
(608) 338-6471/cell
Minneapolis, MN (by appt.)
jlewis@jlewislawoffice.com
www.jlewislawoffice.com

via Electronic Filing

January 20, 2026

Joel W. Turner
Clerk of Court
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, Wisconsin 53703

Re:   David Stotesbery v. Dousman Transportation Company, Inc.
      Case No. 3:25CV00759 JDP

Dear Mr. Turner:

I am writing on behalf of the named Defendant Dousman Transportation Company, Inc. to request information regarding the status of the complaint filed by the Plaintiff in the above-referenced matter.

The Defendant believes this complaint should not be accepted for filing. We await your instruction regarding how to advise the Court of our position.

Thank you.

Sincerely,

LEWIS LAW OFFICE, LLC

*Julie Lewis*
Julie A. Lewis
Attorney | Principal
Also licensed in Minnesota

