UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

David Oliver Stotesbery,

    Plaintiff,

-vs-

Dousman Transport Company., Inc.

    Defendant.

Case No.: 25-cv-759-jdp
Nature of suit: 790 Labor: Other

DEFENDANT'S MOTION TO DISMISS CLAIM
UNDER FED. R. CIV. PROC. 12((b)(1) and 12(b)(6)

Amended APPENDIX

| | |
|---|---|
| Exhibit 1 | U.S. Department of Labor Letter and related documents dated November 21, 2023 |
| Exhibit 2 | U.S. Department of Labor Notice of Docketing dated December 13, 2023 |
| Exhibit 3 | U.S. Department of Labor Order of Dismissal dated September 22, 2025 |