# UNITED STATES DEPARTMENT OF LABOR
## OFFICE OF ADMINISTRATIVE LAW JUDGES
### Washington, DC
_____

**Issue Date: 13 December 2023**

OALJ Case No:   2024-STA-00026
OSHA Case No.: 301024164

*In the Matter of:*

**DAVID STOTESBERY,**
    ***Complainant,***

    *v.*

**DOUSMAN TRANSPORT COMPANY, INC.,**
    ***Respondent.***

## NOTICE OF DOCKETING

On or about September 28, 2023, Complainant filed a complaint with the Department of Labor's Occupational Safety and Health Administration ("OSHA") alleging he was constructively discharged on or about September 20, 2023 after refusing to operate a vehicle he believed to be unsafe, a violation of the employee protection provisions of the Surface Transportation Assistance Act of 1982 ("STAA"), 49 U.S.C. § 31105, and the regulations promulgated at 29 C.F.R. Part 1978.  OSHA dismissed the complaint by letter dated November 21, 2023.

Complainant, representing himself, has appealed the dismissal and the Office of Administrative Law Judges ("OALJ") docketed the case on December 8, 2023.  It is not yet assigned to a presiding administrative law judge ("ALJ").  A Notice of Hearing and Prehearing Order will be sent to the parties once the matter is assigned to an ALJ.  You may track the progress of the case using the Case Status Lookup feature on the OALJ website at https://www.dol.gov/agencies/oalj. Until the case is assigned to a presiding ALJ, questions may be addressed to law clerk Tessa Zavislan at 202-693-7402 or zavislan.tessa.m@dol.gov.

Parties are encouraged to efile with OALJ using DOL's eFile/eServe System ("EFS") at https://www.dol.gov/agencies/oalj/EFS.  A Notice of Appearance is required to use EFS.

In the meantime, if the case is referred for possible mediation or you wish to request mediation or information on the Alternative Dispute Resolution program,

the website contains the appropriate forms as well as contact information at
https://www.dol.gov/agencies/oalj/mediation.

      In addition to any of the rules set forth in the statute or implementing
regulations governing this case type, the OALJ Rules of Practice and Procedure
apply and can be found on the OALJ website at
https://www.dol.gov/agencies/oalj/topics/libraries/LIBRULES.   Unless an exemption
applies, the parties are required to make initial disclosures within 21 days of the
date of this notice without awaiting a discovery request or discovery order.  *See* 29
C.F.R. § 18.50(c)(1).  **The initial disclosures should not be filed with this
office.**

**SO ORDERED.**

Digitally signed by STEPHEN R.
HENLEY
DN: CN=STEPHEN R. HENLEY,
OU=ADMINISTRATIVE LAW JUDGE,
O=US DOL Office of Administrative Law
Judges, L=Washington, S=DC, C=US
Location: Washington DC

**STEPHEN R. HENLEY**
Chief Administrative Law Judge

## SERVICE SHEET

Case Name:  **Stotesbery_v_Dousman_Transport_**

Case Number: **2024STA00026**

Document Title: **NOTICE OF DOCKETING**

I hereby certify that a copy of the above-referenced document was sent to the following this 13th day of December, 2023:



Digitally signed by Mintha Dowtin
DN: CN=Mintha Dowtin, OU=Paralegal
Specialist, O=US DOL Office of
Administrative Law Judges, L=Washington,
S=DC, C=US
Location: Washington DC

**Mintha Dowtin**
Paralegal Specialist

David Stotesbery
thumbinollie@gmail.com
813 Whitewater Ave.
FORT ATKINSON WI 53538
  *{Electronic - Regular Email}*

Allan Campbell
Allan.carroll@dtcbus.com
Terminal Manager
Dousman Transport
1501 Industrial Avenue
JEFFERSON WI 53549
  *{Electronic - Regular Email}*