# UNITED STATES DEPARTMENT OF LABOR
## OFFICE OF ADMINISTRATIVE LAW JUDGES
CINCINNATI, OHIO
(513) 684-3252
oalj-cincinnati@dol.gov

_____

**Issue Date: 22 September 2025**

**CASE No.: 2024-STA-00026**
**OSHA No.: 301024164**

In the Matter of:

**DAVID STOTESBERY,**
Complainant,

**v.**

**DOUSMAN TRANSPORT,**
Respondent.

## ORDER OF DISMISSAL

This case arises under the Surface Transportation Assistance Act, 49 U.S.C. § 31105. On September 17, 2025, the Complainant provided me with a time-stamped copy of the Complaint he filed on September 10, 2025, captioned *Stotesbery v. Dousman Transport Co., Inc.,* United States District Court, Western District of Wisconsin Case 3:25-CV-00759.

Pursuant to 29 C.F.R. §1978.114, **IT IS HEREBY ORDERED** that the proceeding before me is **DISMISSED without prejudice.**

John P. Sellers, III
Administrative Law Judge

# SERVICE SHEET

Case Name:  **Stotesbery_v_Dousman_Transport_**

Case Number: **2024STA00026**

Document Title: **ORDER OF DISMISSAL**

I hereby certify that a copy of the above-referenced document was sent to the following this 22nd day of September, 2025:

**RAYMOND WILKE**
Paralegal Specialist

| | |
|---|---|
| Regional Solicitor<br>U. S. Department of Labor<br>Room 844<br>230 South Dearborn Street<br>CHICAGO IL 60604<br>    *{Electronic - Regular Email}* | Attorney Lewis<br>jlewis@jlewislawoffice.com<br>Lewis Law Office LLC<br>10 East Doty Street Ste 800<br>MADISON WI 53703<br>    *{Electronic - Regular Email}* |
| OSHA-Region 5 Regional Administrator<br>OSHARegion5ALJLetters@dol.gov<br>Regional Administrator<br>Region 5<br>U. S. Department of Labor, OSHA<br>Room 3244<br>230 South Dearborn Street<br>CHICAGO IL 60604<br>    *{Electronic - Regular Email}* | Denise Keller<br>keller.denise@dol.gov<br>100 N Summit St. Suite 100<br>TOLEDO OH 43604<br>    *{Electronic - Regular Email}* |

OSHA, Whistlebl Director
Director
Directorate of Whistleblower Protection Programs
U S Department of Labor, OSHA
Room N 4618 FPB
200 CONSTITUTION AVE NW
WASHINGTON DC 20210
    *{Electronic - Regular Email}*