**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| David Oliver Stotesbery,<br>Plaintiff,<br>v.<br>Dousman Transport Company, Inc.,<br>Defendant. | **Case No. 25-cv-759-jdp** |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff David Oliver Stotesbery, proceeding pro se, respectfully gives notice that his mailing address has changed. Effective immediately, Plaintiff's former and current mailing addresses are as follows:

| **Former mailing address:** | **Current mailing address:** |
|---|---|
| 813 Whitewater Avenue | 521 Mellum Drive |
| Fort Atkinson, WI 53538 | Stoughton, WI 53589 |

Plaintiff respectfully requests that the Clerk update the docket and direct all future notices, orders, and correspondence to the current address listed above. Plaintiff's telephone number and email address remain unchanged. Dated: August 20, 2026

Respectfully submitted,
/s/ David Oliver Stotesbery
**David Oliver Stotesbery**
*Plaintiff, pro se*
521 Mellum Drive
Stoughton, WI 53589
Telephone: (920) 542-8635
Email: mrstotes@pm.me

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, I filed the foregoing Notice of Change of Address through the court's CM/ECF system, which will transmit electronic notice to counsel for Defendant, Julie A. Lewis.

/s/ David Oliver Stotesbery