D. Expert Witness Scott Bitter – Director of Maintenance Johnson School Bus Co.

Mr. Bitter may testify about industry safety requirements for school bus operation, specifically regarding the safety concerns raised by the Complainant. Mr. Bitter may provide an opinion concluding that the Respondent followed the legally required protocol for addressing and responding to a pre-trip inspection report relating to the school bus emergency exit door.

## III. RESPONDENT'S DOCUMENTS TO BE OFFERED FOR ADMISSION AS EVIDENCE AT THE HEARING

Respondent respectfully submits its exhibit list for the hearing scheduled in this matter. The list may be modified or supplemented as needed.

(1) Complainant Initial Statement to Occupational Safety and Health Administration in support of his STAA complaint.

(2) Email correspondence between OSHA investigator and Complainant.

(3) OSHA letter dated November 21, 2023, dismissing the Complainant's complaint.

(4) Text message screen shot from September 20, 2023.

(5) Email communication from Dousman Transport Manager Jamie Magner to the Complainant dated September 20, 2023.

(6) Email communication from Complainant to his manager Jamie Magner dated September 20, 2023.

(7) Email communication from Complainant to school district administration re the events of September 20, 2023.

Respectfully submitted,

Dated this 3rd day of January, 2025.

LEWIS LAW OFFICE, LLC
Attorney for the Respondent

*Julie Lewis*

Julie A. Lewis
State Bar No. 1048367

P.O. Address
10 East Doty Street, Suite 800
Madison, WI 53703

Direct Contact
Julie A. Lewis
(608) 298-7324/office
jlewis@jlewislawoffice.com

I hereby certify that on January 3, 2025, I served an exact copy of this document on all parties and/or counsel of record for the parties by electronic mail, pursuant to Fed.R.Civ.P. 30(b).

LEWIS LAW OFFICE, LLC

By: /s/ Julie A. Lewis

Julie A. Lewis

To: Complainant David Stotesbery