Excellent, I will call you 8:30am, today Friday, September 29, 2023.

Thank you,

Justin Eggen

Investigator

Region V- WB Protection Program

U.S. Department of Labor – OSHA

1402 Pankratz Street, Suite 114

Madison WI  53704

Office (608) 733-2840

---

**From:** David S <thumbinollie@gmail.com>
**Sent:** Thursday, September 28, 2023 3:38 PM
**To:** Eggen, Justin D - OSHA <Eggen.Justin.D@dol.gov>
**Subject:** Re: Dousman Transport/Stotesbery/301024164

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

[Quoted text hidden]

---

**David S** <thumbinollie@gmail.com> Fri, Sep 29, 2023 at 9:05 AM
To: "Eggen, Justin D - OSHA" <Eggen.Justin.D@dol.gov>

Hi Justin

Thanks again for talking to me today. Attached is the screenshot of the test message about the bus, and the subsequent emails.

I guess one thing I would contend is, based on the actions that the company has taken since I left in regards to holding a meeting with the staff and calling me a liar, it would be reasonable to assume if I had stayed the workplace would be hostile. With the stance they immediately took regarding my complaint, continuing to work there will have made working conditions intolerable. Jamie has a history of treating employees pretty poorly when she doesn't like them in general, and she's the only manager in the terminal. The company has a history of complaints against her from other drivers as well.

Additionally, her choice of drive it, stay in the office while she drives it, or quit, would have left me sitting at the dispatch desk, alone, with no training on dispatch or phones or dealing with customers, which would have been an undesired position. They pay me to drive the bus, not to answer the phones and deal with customers at the terminal.

That's what Ive got. Let me know if you need anything else.

Thank you
Dave

RESPONDENT EXHIBIT 2 2

[Quoted text hidden]

**3 attachments**



**Screenshot_20230929_084915_Messages.jpg**
623K

**Gmail - work.PDF**
147K

**Gmail - work(1).PDF**
28K

---

**David S** <thumbinollie@gmail.com> Fri, Sep 29, 2023 at 1:42 PM
To: "Eggen, Justin D - OSHA" <Eggen.Justin.D@dol.gov>

I've been thinking on this today and wanted to provide the following detailed timeline and a few observations:

Timeline of Events:

September 20th, 2023

Around 2:45 pm:
- Identified a broken front cross-over mirror on bus 39 while driving to pick up students.
- Advised via radio to return to base for a different bus.

Around 3:00 pm:
- Began pre-trip inspection on the spare bus (bus 69).
- Noticed the rear emergency exit was jammed and hard to open.

3:02 pm:
- Called Jamie, the terminal manager, from my cellphone to report the rear emergency exit issue on bus 69. We spoke for 34 seconds.
- Jamie acknowledged the door issue but insisted it was still safe to drive.

3:04 pm:
- Texted Jamie about the door issue, emphasizing that it had to be kicked to open from the inside.

3:05 pm:
- Texted Jamie again, stating my refusal to drive the bus due to the safety concern.

3:06 pm:
- Jamie responded via text, implying that I had no other bus options and should drive bus 69.

3:07 pm:
- Entered the office and had a face-to-face conversation with Jamie.
- Jamie reiterated that there were no other buses available.
- Jamie presented three options: drive the unsafe bus, stay in the office on dispatch while she drives the bus, or if I left the I quit.
- I chose to leave the premises due to the unsafe conditions and the ultimatum presented.

3:11 pm:
- Jamie texted, stating that by leaving, I had effectively quit my job.

RESPONDENT EXHIBIT 2 3