# EXHIBIT C

## Email from Julie Lewis - January 3, 2025

| | |
|---|---|
| **From** | Julie Lewis |
| **To** | David S |
| **Date** | Fri, 03 Jan 2025 22:15:40 +0000 |
| **Subject** | D Stotesbery v Dousman Transport Co., Inc. 2024STA00026 |
| **Message-ID** | |

### MESSAGE BODY

Dear Mr. Stotesbery:

Attached and served on you please find the Respondent's Pre-Hearing Submission and Proposed Hearing Exhibits filed today with the U.S. Department of Labor Office of Administrative Law Judges.

Thank you.

*Julie Lewis*
Julie A. Lewis
Attorney | Principal
Lewis Law Office, LLC
10 East Doty Street, Suite 800
Madison, WI 53703
(608) 298-7324/office
(608) 338-6471/cell
jlewis@jlewislawoffice.com
www.jlewislawoffice.com

*Please note* – New address

LEWIS
LAW OFFICE LLC

### ATTACHMENTS IDENTIFIED IN THE SOURCE EMAIL

- Stotesbery v Dousman Transport Co., Inc. 2024STA00026 Respondent Pre-Hearing Submission 01 03 2025.pdf

- Resp Hearing Exhibits submitted 01 03 2025.pdf

Source file: D Stotesbery v Dousman Transport Co., Inc. 2024STA00026 2025-01-03T16_15_54-06_00.eml
This PDF is a readable rendering of the supplied EML message. The attached files are listed above and are not embedded in this rendering.