IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID STOTESBERY,

Plaintiff,

v.

Case No. 25-cv-759-jdp

DOUSMAN TRANSPORT COMPANY, INC.,

Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against the plaintiff dismissing the amended complaint without leave to amend for failure to state a plausible claim for relief and closing this case.

/s/ Deputy Clerk — 9/30/2026

Joel Turner, Clerk of Court — Date